
FILED
February 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002448445

John R. Harrison
Attorney at Law Cal. Lic. 88701
P.O. Box 601611
Sacramento, CA 95860
Phone (916) 524-9316
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

IN RE: TECSON, NAPOLEON L.   CASE NO: 2010-21742

MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE

    Debtor   DCN: JRH-1

Judge: Christopher M. Klein
Date: March 30, 2010
Time: 9:30 AM
Place: 501 I Street, 6th Floor,
Courtroom 35, Sacramento CA

_____/

**MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE**

    NAPOLEON L. TECSON ("Debtor") hereby moves this Court for an Order Granting Debtor's MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE based upon the following grounds:

1. The Chapter 7 bankruptcy case filed by the Debtor on January 10, 2010 complies with existing law.

2. Debtor owns and operates a small "oil change" automobile service shop, known as "All Tune & Lube", located at 707 Davis St. #G, Vacaville, CA 95687. This business has no marketable value outside of the Debtor's own efforts. The equipment and bank accounts needed to operate the business are listed and

1

exempted on Schedules B and C of Debtor's bankruptcy petition. The business is the Debtor's main occupation at the present time. The Debtor has invested substantial resources, time, and energy in this business and, because of this investment, wishes to keep operating at the present time. If the Debtor ceases operations, even for a short time, he will surely lose clientele, making it impossible to reopen and maintain its required operating expenses.

3. The business, All Tune & Lube, owned and operated by the Debtor, including all bank accounts and inventory, has a liquidation value of approximately $9,785.00, which is fully exempted pursuant to California Code of Civil Procedure, Sections 703.140(b)(5).

4. The equity in the property is exempted pursuant to C.C.P. Sections 703.140(b)(5) and 703.140(b)(6) as set forth in Debtor's Schedule C, which is filed concurrently herewith in the List of Exhibits.

5. As the property is exempted and protected and is of inconsequential value to the bankruptcy estate, there is nothing for the Trustee to administer to unsecured creditors.

DATED:    February 26, 2010

/s/ John R. Harrison
John R. Harrison
Attorney for Debtor

2